IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDRE SMITH, T-16447, )
        Petitioner, ) No. C 17-2063 CRB (PR)
  vs. ) ORDER OF DISMISSAL
DAVID DAVEY, Warden, ) (ECF No. 2)
        Respondent. )

    Petitioner, a state prisoner currently incarcerated at California State Prison, Corcoran, has filed a second or successive petition for a writ of habeas corpus under 28 U.S.C. § 2254. His first petition was dismiss as untimely on July 30, 2013. See Smith v. Lewis, No. 12-4011 CRB (PR) (N.D. Cal. July 30, 2013) (order granting motion to dismiss).

    A second or successive petition may not be filed in this court unless petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this court to consider the petition. See 28 U.S.C. § 2244(b)(3)(A). Petitioner has not obtained such an order from the Ninth Circuit. The petition accordingly is DISMISSED without prejudice to refiling if petitioner obtains the necessary order.

    But based solely on petitioner's affidavit of poverty, his application to proceed in forma pauperis (ECF No. 2) under 28 U.S.C. § 1915 is GRANTED.

    The clerk shall terminate all pending motions as moot and close the file.

SO ORDERED.

DATED: April 19, 2017

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.17\Smith, A.17-2063.dismissal.wpd